McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Fax: (916) 554-2900
**THEOPHOUS H. REAGANS**
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8943
Fax: (916) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHRISTINA PARKS**, | Case No. 2:**06-CV-00135-DAD** |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a **FIRST** extension of time of 30 days to respond to Plaintiff's motion for summary judgment, for the purpose of conducting a further review of this matter. The current due date is **August 11, 2006**. The new due date will be **September 11, 2006.**

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

parks0135.EOT.wpd                                                                                    Page 1

```
By:   /s/ Jesse S. Kaplan
          (As authorized on August 9, 2006)
      JESSE S. KAPLAN
      Attorney at Law

      Attorney for Plaintiff



      McGREGOR W. SCOTT
      United States Attorney
      BOBBIE J. MONTOYA
      Assistant U.S. Attorney

By:   /s/ Bobbie J. Montoya for
          (As signed on August 9, 2006)
      THEOPHOUS H. REAGANS
      Special Assistant U.S. Attorney

      Attorneys for Defendant
```

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

<u>ORDER</u>

IT IS SO ORDERED.

DATED: August 14, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

ddad1\orders.socsec\parks0135.EOT